# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**JO FERRIS**

     vs.             **CASE NUMBER: 1:05-cv-350 (NPM/VEB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of Magistrate Judge Victor E. Bianchini, dated September 1, 2009, is adopted in its entirety. This case is REMANDED to the Commissioner for further proceedings.

All of the above pursuant to the Order of the Honorable Judge Neal P. McCurn, dated the 23rd day of September, 2009.

DATED: September 23, 2009

*[Signature]*
Clerk of Court

_____
Melissa Ennis
Deputy Clerk